**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James Deckman et al<br><br>PLAINTIFF(S)<br>v.<br>Primal Nutrition, LLC<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-cv-09916-ODW-MARx<br><br>**ORDER RE TRANSFER (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

October 13, 2026 — Date

/s/ Fernando M. Olguin — United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

____________________

____________________

____________________

____________________

Date ____________________ United States District Judge ____________________

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:26-cv-09177-FMO-BFMx and the present case:

- ☑ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Margo A. Rocconi to Magistrate Judge Brianna Fuller Mircheff .

On all documents subsequently filed in this case, please substitute the initials FMO-BFMx after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-09916-FMO-BFMx . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge* ☐ *Statistics Clerk*