TODD S. EAGAN (CA Bar No. 207426)
**EAGAN LAW CORPORATION**
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401
Telephone: (310) 304-3302
*teagan@eagan.law*

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DECKMAN and AMBER NEWBY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIMAL NUTRITION, LLC,<br><br>Defendant. | Case No. 2:26-cv-09916-FMO-BFMx<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**<br><br>Complaint Filed: September 3, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Todd S. Eagan of Eagan Law Corporation hereby enters his appearance as counsel of record for Plaintiffs James Deckman and Amber Newby, individually and on behalf of all others similarly situated, in the above-captioned action. Counsel respectfully requests that all pleadings, notices, orders, correspondence, and other papers served or filed in this action be served upon him via the Court's CM/ECF system or at the following address:

Todd S. Eagan, Esq.
EAGAN LAW CORPORATION
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401
Telephone: (310) 304-3302
Email: teagan@eagan.law

Dated: October 14, 2026

Respectfully submitted,

EAGAN LAW CORPORATION

By: /s/ Todd S. Eagan
Todd S. Eagan
Attorneys for Plaintiffs and the Proposed Class